

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00497-CR

Jimmy Don **SMARTT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 43rd District Court, Parker County, Texas
Trial Court No. CR12-0166
The Honorable Trey E. Loftin, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 5, 2013.

Sandee Bryan Marion, Justice